**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>JAMIRA DENISE MYERS | No. 3:26-cr-00148 (MPS) |

**ORDER**

The government's (ECF No. [94]) motion for entry of a discovery schedule and protective order is granted. The Court slightly modified the language of paragraph 5 of the protective order. See attached orders.

IT IS SO ORDERED.

_________/s/___________
Michael P. Shea, U.S.D.J.

Dated: Hartford, Connecticut
September 22, 2026